UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN

| | |
|---|---|
| DAMIAN ANGELO VANN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>TERRI GONZALEZ, WARDEN<br><br>　　　　Respondent. | ) CV 11-04104-CBM (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　　IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED:　9/19/11

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE